# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CLARKE BROWN, individually and on behalf of all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>PAWS, WHISKERS & WAGS, LLC,<br><br>Defendant. | Civil Action No. 1:19-cv-00395-AT<br><br><br>JURY TRIAL DEMANDED |

## JOINT MOTION FOR FINAL SETTLEMENT APPROVAL

Plaintiff and Defendant respectfully submit this Joint Motion for Final Settlement Approval, showing the Court as follows:

1. On July 30, 2019, the Court entered an Order preliminarily approving the parties' settlement plan and settlement agreement. (Doc. 25).

2. Pursuant to that Order, the 45-day Participation Period closed September 23, 2019.

3. Nineteen Settlement Class Members submitted timely Valid Consent to Join Forms. There were no objections to the settlement.

4. The Parties have complied fully with the Class Action Settlement Agreement and the Court's July 30, 2019 Order.

1

5. The final fairness hearing is set for October 2, 2019 at 2:00 PM, at which time the Court will determine whether to grant final approval of the settlement, including the Service Payment to the Named Plaintiff and a separate payment to Plaintiff's counsel for his actual and reasonable attorneys' fees and costs. (Doc. 25).

6. The parties jointly request the Court grant final approval of the settlement, to include a Service Payment of $1,000.00 to Named Plaintiff Clarke Brown and a separate payment to Plaintiff's counsel for his actual and reasonable attorneys' fees and costs in the amount of $32,726.60.

7. This motion is supported by the accompanying brief and exhibits thereto, as well as the Parties' July 2, 2019 Joint Motion for Preliminary Approval of the Class Action Settlement Agreement and its associated briefing and exhibits, which are incorporated herein by reference. (Doc. 22).

WHEREFORE, Plaintiff and Defendant jointly request the Court grant final approval of their settlement, including a $1,000.00 Service Payment to the Named Plaintiff and a separate payment to Plaintiff's counsel for his actual and reasonable attorneys' fees and costs in the amount of $32,726.60.

Respectfully submitted this 26th day of September 2019.

| SCOTT EMPLOYMENT LAW, P.C. | BUCKLEY BEAL, LLP |
|---|---|
| */s/ Justin M. Scott* | /s/ *Edward D. Buckley* |
| Justin M. Scott | Edward D. Buckley |
| Georgia Bar No. 557463 | Georgia Bar No. 092750 |
| 246 Sycamore Street | edbuckley@buckleybeal.com |
| Suite 150 | Thomas J. Mew |
| Decatur, Georgia 30030 | Georgia Bar No. 503447 |
| Telephone: 678.780.4880 | tmew@buckleybeal.com |
| Facsimile: 478.575.2590 | |
| jscott@scottemploymentlaw.com | 600 Peachtree Street NE, Suite 3900 |
| | Atlanta, Georgia 30308 |
| | Telephone: (404) 781-1100 |
| | Facsimile: (404) 781-1101 |
| Counsel for Plaintiff | Counsel for Defendant |

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as approved by the Court in LR 5.1(C).

*/s/ Justin M. Scott*
Justin M. Scott
Georgia Bar No. 557463
