IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CLARKE BROWN, individually and on behalf of all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>PAWS, WHISKERS & WAGS, LLC,<br><br>Defendant. | Civil Action No. 1:19-cv-00395-AT<br><br><br><br>JURY TRIAL DEMANDED |

[~~PROPOSED~~] ORDER GRANTING
FINAL SETTLEMENT APPROVAL

This matter comes before the Court on the Parties' Joint Motion for Final Settlement Approval. (Doc. 26) In this action, Plaintiff brought class and collective action claims under the Fair Labor Standards Act ("FLSA") and Georgia state law based on two principal factual allegations: (1) the allegation that until November 17, 2018, Defendant auto-deducted 30-minute meal periods for Defendant's non-exempt employees when such employees worked shifts of 5 hours or more, notwithstanding that Plaintiff and other employees who worked in Customer Service and Operations frequently did not take 30-minute meal periods; and (2) the allegation that Defendant paid production bonuses to Plaintiff and other

non-exempt employees but did not include such production bonuses in the regular rate of pay when calculating overtime payments.

On July 30, 2019, following a telephonic hearing, the Court granted Preliminary Approval of the Parties' Class Action Settlement Agreement. (Doc. 25). Pursuant to the Court's Order, the Court-Approved Notices and Reminder Notices were sent to the Settlement Class, informing members of the Settlement Class, inter alia, how to opt into the settlement and that they could objections. There were no objections and 20[1] of the 51 members of the Settlement Class opted into the settlement, for an opt-in rate of over 39%.

Participating Settlement Class Members will receive 100% of the wages owed, including overtime wages, based on the Parties' negotiated and agreed-upon estimate of 40% missed auto-deducted meal periods. Participating Settlement Class Members will also receive 100% of the additional overtime wages resulting from the non-inclusion of the production bonus in the regular rate of pay when calculating overtime.

After the final fairness hearing held on October 2, 2019, in which the Court

---

[1] This includes one Participating Class Member from whom Settlement Class Counsel received a form following the Participation Period and who the Parties have agreed to include in the settlement. This Consent to Join Form was filed with the Parties' Supplemental Joint Notice of Compliance and Filing of Consent to Join Forms. (Doc. 29)

thoroughly examined the settlement and notice process, and upon due consideration, the Court is of the opinion that the Parties' Class Action Settlement Agreement should be APPROVED as a fair and reasonable resolution of a putative class and collective action for unpaid wages, including unpaid overtime wages under the Fair Labor Standards Act.  It is, therefore, ORDERED that the Parties' Joint Motion for Final Settlement Approval is GRANTED.  Accordingly, the Court approves the settlement of the Parties and directs that the claims be paid out to each of the 20 Participating Settlement Class Members as per the terms of the Parties' Settlement Agreement and Exhibit A attached to the Parties' Joint Motion for Final Approval, with the addition of the one added Participating Class Member not listed on Exhibit A (Doc. 26-2).  The Court further approves a Service Payment of $1,000.00 to the Named Plaintiff and a separate payment to Plaintiff's counsel for his actual and reasonable attorneys' fees and costs in the amount of $32,726.60 and directs that such payments also be made per the terms of the Parties' Class Action Settlement Agreement.

This action is DIMISSED WITH PREJUDICE.  The Court will retain jurisdiction to enforce the Parties' settlement.

IT IS SO ORDERED this  18th  day of  October  , 2019.

_____
THE HONORABLE AMY TOTENBERG
JUDGE, U.S. DISTRICT COURT